Susan St. Vincent
Legal Officer
Matthew McNease
Acting Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California  95389
Telephone:  (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>     v.<br><br>ALANA MELNICK HADDOX,<br><br>           Defendant. | No.  6:15-mj-101-MJS<br><br>STIPULATION TO CONTIUE MOTION HEARING; AND ORDER THEREON |

    IT IS HEREBY STIPULATED by and between Matthew McNease, acting legal officer for the National Park Service, and Defendant, Alana Melnick HADDOX, by and through her attorney of record, Erin Snider, that the Motion Hearing in the above-captioned matter currently set for March 23, 2016, shall be continued to April 6, 2016 at 1:30 PM.

\\

\\

1

Dated: February 3, 2016          /S/ Matthew McNease
                                 Matthew McNease
                                 Acting Legal Officer
                                 Yosemite National Park

Dated: February 3, 2016          /s/ Erin Snider
                                 Erin Snider
                                 Attorney for Defendant
                                 Alana Melnick Haddox

## ORDER

For good cause shown, the Court accepts and adopts the above Stipulation and ORDERS that the March 23, 2016 Motion Hearing in the matter of *U.S. V. Alana Melnick Haddox,* 6:15-mj-101-MJS, is continued to April 6, 2016, at 1:30 PM.

IT IS SO ORDERED.

Dated:   February 3, 2016            /s/ *Michael J. Seng*
                                     UNITED STATES MAGISTRATE JUDGE