Susan St. Vincent
Legal Officer
Matthew McNease
Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California  95389
Telephone:  (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>ALANA MELNICK HADDOX,<br><br>        Defendant. | No.  6:15-mj-101-MJS<br><br>**MOTION TO DISMISS AND VACATE MOTION HEARING; AND ORDER THEREON** |

Pursuant to Rule 48 of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States hereby moves the Court for an order of dismissal without prejudice, and to vacate the Motion Hearing currently set for April 6, 2016, at 1:30 PM. The Government does not believe it can prove its case beyond a reasonable doubt.

Dated:  March 9, 2016            NATIONAL PARK SERVICE


     /S/ Matthew McNease
Matthew McNease
Acting Legal Officer

1

**ORDER**

Upon application of the United States, and good cause having been shown therefore, IT IS HEREBY ORDERED that the above referenced matter, *United States v. Alana Melnick Haddox;* 6:15-mj-101-MJS, be dismissed, without prejudice, and the Motion Hearing set for April 6, 2016, be vacated.

IT IS SO ORDERED.

Dated:   March 9, 2016                          /s/ *Michael J. Seng*
                                                                 UNITED STATES MAGISTRATE JUDGE